William A. Gilbert, WSBA #30592
Gilbert Law Firm, P.S.
421 W. Riverside Ave, Suite 1400
Spokane, WA 99201
T: 509·321·0750
F: 509·343·3315
E: bill@wagilbert.com
Attorney for Plaintiffs

Terrance G. Reed
Lankford & Reed, P.L.L.C
120 N St Asaph St
Alexandria, VA 22314
P: 703-299-5000
F: 703-299-8876
E: tgreed@lrfirm.net
*Pro Hac Vice*
Attorneys for Plaintiffs

The Honorable James L. Robart

UNITED STATES DISTRICT COURT OF THE WESTERN
DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLINE ANGULO, et. al,<br><br>Plaintiffs.<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, et. al,<br><br>Defendants. | NO. 22-CV-00915-JLR<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

NO. 22-CV-00915-JLR
NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)
PAGE 1 OF 3

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, STE 1400
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Todd Batten, Robert Dyer, Reggie Morris, and Anna Tester hereby give notice that their individual actions in this case are voluntarily dismissed. No Defendant has served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice their voluntary dismissals of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B). Because this is a voluntary dismissal of these Plaintiffs' individual claims only, there is no need for Court review under Fed. R. Civ. P. 23(e). See *Tate v. Wm. Bolthouse Farms, Inc.*, 2024 U.S. Dist. LEXIS 90116, at *2 (E.D. Cal. May 17, 2024) ("Plaintiffs' notice of voluntary dismissal comports with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiffs are entitled to dismiss their individual claims (at least) without court order").

I certify that this response contains 135 words, in compliance with the Local Rules.

DATED: September 26, 2024              GILBERT LAW FIRM, P.S.

                                       *s/William A. Gilbert*
                                       WILLIAM A. GILBERT, WSBA # 30592
                                       BETH M. BOLLINGER, WSBA #26645
                                       ASHLEY RICHARDS, WSBA #33047

                                       LANKFORD & REED, P.L.L.C

                                       *s/Terrance G. Reed*
                                       TERRANCE G. REED, *Pro Hac Vice*

                                       Attorneys for Plaintiffs

NO. 22-CV-00915-JLR
NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)
PAGE 2 OF 3

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 1400
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I had the foregoing electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 26th day of September 2024.

*/s/ Rachel Cook*
RACHEL COOK

NO. 22-CV-00915-JLR
NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)
PAGE 3 OF 3

GILBERT LAW FIRM, P.S.
421 W. RIVERSIDE, STE 1400
SPOKANE, WA 99201
T: (509) 321-0750 • F: (509) 343-3315