FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROLINE ANGULO, a single person; ERIC KELLER, a single person; EBEN NESJE, a single person; KIRK SUMMERS, a single person; CHRISTINE BASH, individually and as a personal representative of THE ESTATE OF STEVEN BASH; RAYMOND SUMERLIN, JR., and MARYANN SUMERLIN, a married couple; and MARTIN WHITNEY and SHERRYL WHITNEY, a married couple,<br><br>    Plaintiffs, individually and on behalf of others similarly situated,<br><br>    v.<br><br>PROVIDENCE HEALTH & SERVICES WASHINGTON, a non-profit Washington Corporation, also d/b/a/ PROVIDENCE ST. MARY MEDICAL CENTER; DR. JASON A. DREYER, DO, and JANE DOE DREYER, husband and wife and the marital community thereof; and DR. DANIEL ELSKENS DO | No. 4:25-CV-05029-SAB<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL AND DEFENDANT PROVIDENCE'S CROSS MOTION; DENYING DEFENDANT DREYER'S MOTION FOR PROTECTIVE ORDER** |

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL AND DEFENDANT PROVIDENCE'S CROSS MOTION; DENYING . . . ~ 1**

|   |   |
|---|---|
| and JANE DOE ELSKENS, husband and wife and the marital community thereof.<br><br>    Defendants. |   |

Before the Court is Plaintiffs' Motion to Compel Defendant Providence Health & Services Washington to Produce Discovery, ECF No. 232; Defendant Providence Health & Services – Washington's Opposition to Plaintiffs' Motion to Compel and Cross-Motion for Protective Order, ECF No. 241; Plaintiffs' Nunc Pro Tunc Motion for Leave to Serve Additional Requests for Production, ECF No. 295; and Defendant Jason A. Dreyer, D.O.'s Motion for Protective Order, ECF No. 263.

Plaintiffs are represented by William Gilbert, Ashley Richards, Beth Bollinger, Peter Langrock, and Terrance Reed. Defendant Providence is represented by Jennifer Oetter, Kenneth Payson, Ross Siler, and Caleah Whitten. Defendants Dr. Dreyer and Jane Doe Dreyer are represented by Bryce Wilcox, James McPhee, Jeffrey Galloway, Ryan Beaudoin, and Steven Dixson. Defendant Dr. Elskens is represented by Ronald Van Wert and Stephen Lamberson. The motions were considered without oral argument.

Having reviewed the motions and the case record, the Court denies Plaintiffs' Motion to Compel, ECF No. 232; denies Defendant Providence's Cross-Motion for Protective Order, ECF No. 241; and denies Defendant Dreyer's Motion for a Protective Order, ECF No. 263. The motions are subject to refiling after the parties meet and confer regarding the discovery disagreements.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Compel Defendant Providence Health & Services Washington to Produce Discovery, ECF No. 232, is **DENIED with leave to refile** after the parties meet and confer.

2. Defendant Providence Health & Services – Washington's Opposition

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL AND DEFENDANT PROVIDENCE'S CROSS MOTION; DENYING . . . ~ 2**

to Plaintiffs' Motion to Compel and Cross-Motion for Protective Order, ECF No. 241, is **DENIED with leave to refile** after the parties meet and confer.

3. Plaintiffs' Nunc Pro Tunc Motion for Leave to Serve Additional Requests for Production, ECF No. 295, is **DISMISSED as moot**.

4. Defendant Jason A. Dreyer, D.O.'s Motion for Protective Order, ECF No. 263, is **DENIED with leave to refile** after the parties meet and confer.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 27th day of May 2025.

*[signature]*

Stanley A. Bastian
Chief United States District Judge