English    Spokane

MyChart

Pay My Bill

MENU



‹ Return to previous page

# Providence Settlement with U.S. Attorney's Office for Eastern District of Washington

After fully cooperating with an investigation into two former spine surgeons at St. Mary Medical Center in Walla Walla, Prov reached a settlement with the U.S. Attorney's Office of the Eastern District of Washington. Providence placed the two surg leave after questions about their practices arose, and they left Providence in 2017 and 2018, respectively.

Quality and safety are our top priorities at Providence, and we take any allegations relating to quality of care very seriously. Although the events in question occurred at one Providence hospital in the southeast region of Washington state, we initia broad and comprehensive internal review of our policies, practices and procedures to ensure robust compliance with gove requirements and the delivery of high-quality care. This unfortunate episode has reinforced our commitment to continuo quality improvement and highlighted the importance of our mission.

We are committed to taking specific, concrete actions to ensure this isolated incident in Walla Walla does not happen aga Providence has strong existing protocols and safeguards to ensure we deliver quality care and make continuous improvem that further enhance those protocols and safeguards. We have already taken swift action to implement the terms of the co integrity agreement that we have reached with the U.S. Department of Health's Office of the Inspector General.