

# A message from the leadership of Providence St. Mary to our Walla Walla community

You may have heard about a recent lawsuit involving Providence, one that concerned the actions of two surgeons formerly employed by Providence St. Mary. Because Providence has been this community's trusted health care provider since the Sisters of Providence came to Walla Walla in 1880, I want to share some details about what happened, what we are doing to prevent a recurrence, and what patients can do if they have questions about their care.

## What happened?

In 2017, questions about the practices of two spine surgeons at St. Mary Medical Center arose. Those concerns led to a thorough internal investigation resulting in the surgeons leaving the organization in 2017 and 2018, respectively. Subsequent to the surgeon's departure, their supervisor filed a whistleblower complaint with the Department of Justice. The complaint alleged that the surgeons performed medically unnecessary surgeries on certain patients, and that they fraudulently billed Medicare and Medicaid for procedures that weren't performed in the manner claimed by the surgeons. After fully cooperating with the federal investigation, Providence reached a settlement with the U.S. Attorney's Office of the Eastern District of Washington. The settlement included Providence's commitment to taking steps to prevent a recurrence, work that is well underway.

## What should patients of these surgeons do if they have concerns?

We understand that patients of these former St. Mary surgeons might be concerned about the care they received, and we want to make sure they have the best possible information to make decisions about their health. Any patient with questions about the care they received is encouraged to contact us at (509) 897-5866.

## What's being done to keep this from happening again?

Simply put, we are taking specific, concrete actions to ensure this incident does not happen again. The quality of our care and the safety of our patients are our top priorities, and we take allegations relating to either very seriously. Although the events in question occurred at one hospital here in the southeast region of Washington state, Providence initiated a broad and comprehensive review of our policies, practices and procedures across the seven states we serve.

We have already taken swift action to implement the terms of the corporate integrity agreement that we have reached with the U.S. Department of Health's Office of the Inspector General. Providence has strong protocols and safeguards to ensure we deliver quality care, and we are further enhancing those protocols and safeguards. This unfortunate episode has reinforced our commitment to continuous quality improvement and highlighted the importance of our mission.

We deeply regret the damage these events have caused to the sacred trust many patients place in us. The actions of these former employees were not in keeping with our values, and we are doing everything in our power to make sure nothing of the sort happens again. We are committed to rebuilding the trust the people of Walla Walla have had in St. Mary for over 140 years, just as we are committed to providing this community the high-quality care it deserves.

*Reza Kaleel, chief executive, Providence Southeast Washington*

**Providence St. Mary Medical Center**